In the Matter of INTERCONTINENT CORPORATION, Respondent. CURTISS-WRIGHT CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

DUDLEY D. CAMPBELL, Respondent, v. AMERICAN FABRICS COMPANY, Appellant.— Order reversed, with $20 costs and disbursements to the appellant and the motion denied. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.; Wasservogel, J., dissents and votes to affirm. [See 270 App. Div. 760.]